IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GAIL DOMINICK<br><br>**Plaintiff,**<br><br>v.<br><br>CHAD F. WOLF, ACTING SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>**Defendant.** | CIVIL NO. 2:20-CV-02713-MBN<br><br>NOTICE OF APPEAL |

**PLAINTIFF GAIL DOMINICK'S SECOND NOTICE OF APPEAL TO THE
<u>UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT</u>**

In this federal employment discrimination case, the parties consented to jurisdiction by the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) (*see* Doc. 11). Later, defendant Alejandro Mayorkas,[1] solely in his official capacity as the Secretary of the Department of Homeland Security and legal representative of the material party-in-interest, the Federal Emergency Management Agency, filed a motion for summary judgment seeking to dismiss plaintiff Gail Dominick's case (Doc. 15).

On November 2, 2021, the Magistrate Judge entered his Order and Reasons granting defendant's motion (Doc. 24). On November 23, 2021, Ms. Dominick timely filed a motion to reconsider the Magistrate Judge's order granting defendant's motion for summary judgment (Doc. 25). Ms. Dominick's motion to reconsider was principally urged under Fed. R. Civ. P. 54(b) (because the Magistrate Judge had not yet entered final judgment at the time of Ms. Dominick's

---

[1] When plaintiff originally filed her federal lawsuit in this matter, the acting Secretary of Homeland Security was Chad Wolf. Mr. Mayorkas has since been appointed Secretary. Pursuant to Fed. R. Civ. P. 25(d), Mr. Mayorkas was automatically substituted as defendant in place of Mr. Wolf as a matter of law.

filing), but she alternatively urged relief under Fed. R. Civ. P. 59(e) because the motion to reconsider was filed within 28-days of entry of the Order and Reasons.

Meanwhile, on January 1, 2022, Ms. Dominick timely filed a notice of appeal challenging the Magistrate Judge's grant of defendant's motion for summary judgment (Doc. 35). The Fifth Circuit has docketed Ms. Dominick's appeal as *Dominick v. DHS*, No. 22-30002.

Subsequently, on February 7, 2022, the Magistrate Judge denied Ms. Dominick's motion to reconsider (Doc. 37). Here, Ms. Dominick seeks to also appeal the Magistrate Judge's denial of reconsideration (in addition to Ms. Dominick's original appeal from the Magistrate Judge's grant of defendant's motion for summary judgment).

Accordingly, notice is hereby given pursuant to Fed. R. App. P. 3 and 4 *et seq.* that plaintiff Gail Dominick appeals as a matter of right to the United States Court of Appeals for the Fifth Circuit the final order of the Magistrate Judge in this matter denying plaintiff's *Motion to Reconsider Granting Defendant's Motion for Summary Judgment* (Doc. 25), which had the practical effect of affirming the Magistrate Judge's prior dismissal of all of Ms. Dominick's claims and causes of actions against Defendant Mayorkas with prejudice.

This appeal is timely filed.

                                                   Respectfully submitted:

                                                   /s/ Kevin S. Vogeltanz
                                                 Kevin S. Vogeltanz, TA (Bar #32746)
                                                 Alec W. Szczechowski (LA Bar #38422)
                                                 The Law Office of Kevin S. Vogeltanz, LLC
                                                 823 Carroll Street, Suite A / Mandeville, LA 70448
                                                 Telephone:  (504) 275-5149
                                                 Facsimile:  (504) 910-1704
                                                 Email: vogeltanz@gmail.com

                                                 *Attorneys for plaintiff Gail Dominick*

**LOCAL RULE 5.4 CERTIFICATION**

      Pursuant to Local Rule 5.4, no certificate of service is required for this motion because all parties are electronic filers and will receive notice through the court's electronic filing system.

                                                /s/ Kevin S. Vogeltanz